**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-6977**

———————————

JEROME JULIUS BROWN, SR.,

        Plaintiff - Appellant,

    v.

SHERIFF ADGERSON,

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, District Judge.
(1:12-cv-01160-BEL)

———————————

Submitted:  August 29, 2012     Decided:  September 11, 2012

———————————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jerome Julius Brown, Sr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown, Sr. appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brown v. Adgerson, No. 1:12-cv-01160-BEL (D. Md. filed Apr. 26, 2012; entered Apr. 27, 2012). We deny Brown's pending motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED